UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-24559-UU

YAMISLEIDYS LLANO PEREZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION

This Cause is before the Court upon the Movant's *pro se* Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, as amended (D.E. 5) (the "Motion").

THE COURT has considered the Motion and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White who, on December 13, 2018, issued a Report (the "Report") (D.E. 8) recommending that: (i) the Motion be denied on the merits, (ii) no certificate of appealability issue, and (iii) judgment be entered and this case be closed. Both parties were given fourteen days to file objections. Neither party filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge White's recommendation and concurs in all of his findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 8, is RATIFIED, ADOPTED, and AFFIRMED. It is further

1

ORDERED AND ADJUDGDED that the Motion, D.E. 5, is DENIED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that no certificate of appealability shall issue. It is further

ORDERED AND ADJUDGED that the Clerk SHALL enter final judgment. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, this 3d day of January, 2019.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Yamisleidys Llano Perez, *pro se*